```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 00640
   ANTOINE M JORDAN
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-8948


------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 01/11/2008 and was confirmed 04/07/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 11/03/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                           PAID           PAID
------------------------------------------------------------------------
ASSET ACCEPTANCE LLC       UNSECURED          361.00           .00            .00
US BANK NATIONAL           NOTICE ONLY     NOT FILED           .00            .00
UNITED COLLECTIONS         UNSECURED           52.30           .00            .00
UNITED COLLECTIONS         UNSECURED           12.80           .00            .00
US BANK NATIONAL ASSOC     CURRENT MORTG         .00           .00            .00
US BANK NATIONAL ASSOC     MORTGAGE ARRE         .00           .00            .00
MONTEREY FINANCIAL         SECURED            650.00         19.89         136.04
MONTEREY FINANCIAL         UNSECURED          498.88           .00          15.77
PREMIER BANCARD CHARTER    UNSECURED          279.01           .00            .00
CITIZENS FINANCE COMPANY   UNSECURED       NOT FILED           .00            .00
COLUMBUS BANK & TRUST      UNSECURED       NOT FILED           .00            .00
GREAT AMERICAN FINANCE     UNSECURED       NOT FILED           .00            .00
ILLINOIS COLLECTION SE     UNSECURED       NOT FILED           .00            .00
ILLINOIS COLLECTION SE     UNSECURED       NOT FILED           .00            .00
ILLINOIS COLLECTION SE     UNSECURED       NOT FILED           .00            .00
ILLINOIS COLLECTION SE     UNSECURED       NOT FILED           .00            .00
NATIONWIDE CREDIT & COLL   UNSECURED       NOT FILED           .00            .00
NICOR GAS                  UNSECURED       NOT FILED           .00            .00
ELMHURST RADIOLOGISTS      UNSECURED       NOT FILED           .00            .00
PORTFOLIO RECOVERY ASSOC   UNSECURED         9198.20           .00         290.82
GREAT AMERICAN FINANCE     SECURED NOT I     885.00           .00            .00
LOYOLA UNIVERSITY PHYSIC   UNSECURED          414.20           .00            .00
LEDFORD & WU               DEBTOR ATTY      2,500.00                     2,500.00
TOM VAUGHN                 TRUSTEE                                         257.48
DEBTOR REFUND              REFUND                                             .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                    RECEIPTS             DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE             3,220.00


             PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 08 B 00640 ANTOINE M JORDAN
```

```
PRIORITY                                                               .00
SECURED                                                             136.04
    INTEREST                                                         19.89
UNSECURED                                                           306.59
ADMINISTRATIVE                                                    2,500.00
TRUSTEE COMPENSATION                                                257.48
DEBTOR REFUND                                                          .00
                                   ---------------     ---------------
TOTALS                                    3,220.00            3,220.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 02/24/09                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE



                              PAGE   2
        CASE NO. 08 B 00640 ANTOINE M JORDAN